**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6278**

CARL WILSON,

Plaintiff - Appellant,

versus

MR. ESTEP, Corporal - Guard; MR. HOLMAN, Sergeant - Guard; MR. HARLESS, Private - Guard; WILLIAM WELCH, Doctor, Hospital Administration; B. B. HOLYFIELD, Lieutenant - Guard,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-00-58)

Submitted:  May 25, 2000                Decided:  June 7, 2000

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Wilson appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp. 1999). Because Wilson did not demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We therefore affirm the district court's order. We also deny Wilson's motion for a restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2